# In the United States Court for the District of Nebraska

2026 OCT 30 AM 10:40
OFFICE OF THE CLERK
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

Jeromy Oelker
1717 S. 56th St.
Omaha Ne 68106

| | |
|---|---|
| JEROMY OELKER (pro se), | Case# 8:26-cv-671 |
| v. | Injunctive Relief demanded – 28 U.S.C. 2281; Attorney Fee Award – 28 U.S.C. 1988; All relief prayed for must apply to all 50 state legislatures. |
| U.S. Government, STATE OF NEBRASKA, Douglas County Court, Judge John Huber. | |

I invoke this Federal Court's "Federal Question" jurisdiction on the basis that the state courts of Nebraska have concocted numerous schemes, most likely with the state bar associations and state supreme courts to usurp a criminal defendant's right to "be heard" under the 1st amendment which was incorporated into the 14th amendment "Due Process" clause after the civil war. Furthermore, the jails have concocted schemes to usurp their own legislatures subject to Incarcerations in violation of the 14th amendment "Equal Protection" clauses and "Due Process" clauses.

Upon being falsely arrested numerous times while prospecting the Omaha/ South Omaha territories I have suffered immensely damaging deprivations of federal rights, for which the state legislature and state officials have omitted to comply with.

RECEIVED
OCT 3 0 2026
CLERK
U.S. DISTRICT COURT

Below is a list of Due Process and Equal Protection violations and local customs and policies which patently violate U.S. Supreme Court rulings, as well are contrary to "Notice" required under Due Process.

**Permanent Injunctions prayed for:**

1) Require all Nebraska Jails to provide inmates with copies of their property inventory **before** being housed, so they can grieve or object if valuable items come up missing or are not listed.

   This is an ongoing issue. Recently in CR26-15060 (Douglas County) I was arrested for skateboarding on 9-3-2026. On 9-24-2026 I was released. Upon being released I finally received my property inventory which did not include my skateboard within it. Blatantly the jail said the arresting officers never gave it to them. Furthermore, the Omaha Police Dept. refuses to respond to my complaint, and their complaint link on their website returns back as an error when submitting an online complaint.

2) Require the jails to maintain providing inmate medications within 12 hours.

   Within my property were various pain and migraine headache medications proscribed by the V.A. hospital. I made numerous grievances to receive my migraine headache medication. It took the jail over 2.5 weeks to finally provide me with my medications. I had two migraine headaches in which lasted 30 hours each, and was never provided anything for the pain. Which proves the jail's policy is "deliberately indifferent" to our medical needs.

3) Require the jail to provide inmates with their prescription eye glasses within 12 hours upon arrest. It took the jail two weeks to provide them.

4) Make paper forms for grievance, request forms, medical request forms, chaplain requests, etc.. Many prisoners are illiterate to the P.C. tablets offered and go weeks without out making phone calls or have indigent commissary.

5) Establish a statewide indigent commissary kit. For example Sarpy County provides inmates with a full paper tablet for writing letters and court petitions, while Douglas County jail only provides 10pgs every 3 weeks.

6) Require the jail or public defenders to provide inmates with records from CMF/PACER so they can maintain tracking the status of their pending civil suits.

Due to both the jail and Public Defender Shaina Looker of Douglas County, I missed a filing deadline which caused the Federal Court to benefit from another delay in granting relief. These false arrests are being used as a way to hinder civil rights/ destitute victims from petitioning for meaningful redress from their federal judiciary.

Neb. Rev. Stat. 83-4,123 clearly states inmates must have unabated access and rights to maintain their existing suits. **83-4,123. Access to courts and legal assistance unrestricted:** "Nothing in sections 83-4,109 to 83-4,123 shall be construed as to restrict or impair an inmate's free access to the courts and necessary legal assistance in any cause of action arising under such sections…."

7) Enforce the jails to support all religious diets approved by the U.S. Supreme Court. Especially the religious diet of "Shamanistic Practioners", as set for forth in **United States v. Chansley**, 21-CR-3(RCL)518 F.Supp. 3d 36 (D. D.C. 2012). The U.S. Supreme court has made it very clear, Christian, Judaism, and Muslim religions are not the only religions protected under the "Free Exercise" clause of the 1st Amendment. The jails have the specific food ingredients to make this possible, they just choose not to. Furthermore, these jails do not provide fruit.

8) Enforce that the courts of Nebraska are providing inmates with their criminal histories during bail hearings/ initial appearances/ arraignment so they may know without question the reason they are being held under higher than average bail, and the grounds for which they are alleged to be a "Flight Risk", or a safety risk to the community.

9) Order the Public Defenders within the State of Nebraska to provide inmates with their "Criminal Complaints" and Police reports mandatorily.

Public Defender Todd West of Sarpy County Court took weeks to provide said records, but did so. Public Defender Shaina Looker stated her office had a policy of not providing inmates with police reports. She also stated her court does not create, file, or sign probable cause affidavits. When I requested the criminal complaint she still never provided one, and eventually I received it from the counties email request process.

10) Order the Douglas County jail to discontinue their local policy and practice of denying pre-trial detainees to take their paperwork to court, and to public defender visits.

Blatantly this local policy violates our 1st amendment right to heard. Such as preparing and giving oral motions to the court, and providing the court with grievances from the jail which violate their federal rights.

11) Stop forcing inmates who are under correction officer supervision to undergo strip searches after being x-ray scanned. The U.S. Supreme court has ruled inmates who have been scanned have a 4th amendment and 1st amendment interest in not being strip searched afterward.

12) Afford inmates the right to opt out of x-ray scanning if they are not being alleged to have contraband within their person, or there is no valid probable cause to suggest it. As well inform inmates that if they opt out of X-Ray scanning, that they may be held in isolation until the courts grants a body cavity search warrant. Also Inmates must also be provided with a paper record of the Scanner manufacturer, and the process for having the scan deleted in the future, if in such case there is no contraband found. Or order the states to require all body scanning images are deleted after scanning, that they specify and notify the prisoner of the time-frame, and require them to keep records on that.

Also set a penalty of $50k against the state by statute if said body scans are found within surveillance equipment and infrastructure unsupported by probable cause.

13) All Ban and Bar Notices must require a court hearing to become final. What the State of Nebraska is doing is banning people from public places without any evidence of them disturbing the operations of the businesses or any type of crime whatsoever. Unless a crime such as shoplifting or disturbing the peace attaches, Ban and Bar Notices must provide a court hearing no later the 14 days.

14) All body cam videos for arrest where officers claim to be the witness and/ or victim must be made available for review for the criminal defendants within 48hrs (outside of the public defenders), so that a criminal defendant can ascertain if a moving for a "Summary Judgment" is warranted. These videos must be made available for probable cause hearings, and must be uploaded on the prisoners p.c. tablet.

15) Order the State of Nebraska to conform its legislature with the Speedy Trial Act of 1974. Which holds that the right to a speedy trial must be within 70 days. "Trial must commence within 70 days from the date the information or indictment was filed, or from the date the defendant appears before an officer of the court in which the charge is pending, whichever is later." Frankly, the State is omitting it's Union Duty to comply with the Supremacy/ Pre-emption clauses. Which also puts them in default of the 14th Amendment currently.

"If congress evidences an intent to occupy a given field, any state law falling within that field is pre-empted. If congress has not entirely displaced state regulation over the matter in question, state law is still pre-empted to the extent that it actually conflicts with federal law, that is when it is impossible to comply with both state and federal law." **California Coastal Comm'n v. Granite Rock Co.**, 480 U.S. 572, 581, 107 S. Ct. 1419, 94 L.Ed 2d 577 (1987).

16) Order Law enforcement to procure written statements signed under penalty of perjury by anyone claiming to be assaulted, battered, or raped for both misdemeanor and felony prosecutions. Also provide these written statements to the criminal defendants during their initial appearance/ arraignment/ bail hearing, alongside with the police report, criminal history, and criminal complaint, so that if such case the court lacks probable cause or subject-matter jurisdiction a criminal defendant may have the full right to be heard during the onset of the prosecution. Actually, to satisfy "Notice" under the 6th Amendment and provide the criminal defendants with a meaningful 1st Amendment right to "Be-Heard." These 4 court records should be furnished prior to their initial appearance, so that they are prepared for the proceeding and do not exhaust the courts time while on the record waiting for them to prepare an oral argument, if such case any of said records are defective, or attempt to benefit from previous void judicial decrees.

17) Require the Legislature for the State of Nebraska to define "Solitary Confinement" and have that definition inserted into Chapter 83 of the Neb. Rev. Stat., as well as Neb. Admin. Code 72.

According to the National Commission on Correctional Health Care (NCCHC), solitary confinement is "the housing of an adult or juvenile with minimal to rare meaningful contact with other individuals." However, under **Glossip v. Gross**, 135 S.Ct. 2726, 192 L.Ed. 2d 761 (2015), id at B, Dr. Grassian states that solitary is any type of isolated confinement in which the prisoner is held in his/ her cell for 22 hours or more a day.

Blatantly, these jails are using Solitary Confinement/ Disciplinary Segregation for minor offenses which do not entail physical violence or altercations. Furthermore, they are not using any sort of less restrictive measures prior to 10 day lockdowns etc..

18) Require the jails to post the Inmate handbook rules conspicuously on the wall of the prisoner day rooms. The p.c. tablet within Douglas County jail has made the font for their inmate handbook too small, and the app. does not allow magnification. "Because Injunctive and Declaratory relief cannot be conceivably remedying any past wrong, plaintiff's seeking injunctive relief and declaratory can satisfy the redressability requirement only by demonstrating a continuing injury." **Steel Co. v. Citizens for a Better Env't**, 523 U.S. 83, 103 (1998); "Although past harms may be relevant to whether there is a real and immediate threat of repeated injury,

past exposure to illegal conduct does not in itself show a present case or controversy regarding injunctive relief.. If un- accompanied by any continuing, present adverse effects." **City of Los Angeles v. Lyons**, 461 U.S. 95, 102-03 (1983)(Quoting **O'Shea v. Littleton**).

The threat of another false arrest, wrongful imprisonment, malicious prosecution, and "Solitary Confinement" is a continuing issue, being none of the last three convictions I pled no-contest too afforded any due process ,or complied with the 6th amendment "Notice" clause or 5th amendment "Double Jeopardy" clause.

I demand $5 million in Attorney fees due to this being an "Unfavorable Litigation", "Complex", and "Bad Faith" is evident by omission. Also accrual is evident. Ref: 8:26-cv-286. (Memorandum of Costs hearing demanded).

Please respond to each prayer for relief. All of these Deprivations of the 14th Amendment are ongoing and threaten future harm against me being this is the third wrongful arrest in want of Probable Cause, and third wrongful prosecution in want of Due Process.

I declare all to be true and correct on this October 24th day, 2026.

Jeromy Oelker (pro se)



1775

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

JEROMY OELKER

**(b)** County of Residence of First Listed Plaintiff DOUGLAS

*(EXCEPT IN U.S. PLAINTIFF CASES)*

NON-DOMISCILE

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

PRO-SE

## DEFENDANTS

STATE OF NEBRASKA ET.AL.

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

A.G. NEBRASKA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [X] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 U.S.C. 2281 INJUNCTIVE RELIEF

Brief description of cause: U.S. GOVERNMENT NOT ENFORCING 14th AMENDMENT

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. 42 U.S.C. 1988)?

DEMAND $ 5 MILLION

CHECK YES only if demanded in complaint:

JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE 10/27/2026

SIGNATURE OF ATTORNEY OF RECORD Jeromy Oelker

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

JEROMY OELKER
Printed Name
( N/A ) ( N/A )
Data # Module #
~~Douglas County~~
~~DEPARTMENT OF CORRECTIONS~~
~~710 SOUTH 17TH STREET~~
~~OMAHA, NEBRASKA 68102~~
1717 S. 56th St
OMAHA NE 68106

RECEIVED
OCT 30 2026
CLERK
U.S. DISTRICT COURT

OCT 27 2026







U.S. DISTRICT COURT
111 S. 18th PLAZA SUITE 1152
OMAHA NE 68102

68102$2077 C016